MARK J. ROMEO (Bar # 112002)
LAW OFFICES OF MARK J. ROMEO
235 Montgomery Street, Suite 400
San Francisco, CA 94104
Telephone: (415) 395-9315
Facsimile: (415) 288 9755
*romeolaw@msn.com*

Attorneys for Paul Boschetti

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re DANIEL EVERETT aka DANNY EVERETT aka DANI EVERETT aka DAN EVERETT aka D. EVERETT aka DANIEL O'B, )))))))))))))))))))) Debtor. | Bk. No. 13-32111 HLB<br>Chapter 13<br><br>**REPLY DECLARATION OF MARK J. ROMEO IN SUPPORT OF MOTION FOR TERMINATION OF AUTOMATIC STAY**<br><br>Date: October 3, 2013<br>Time: 10:00 a.m.<br>Court: Judge Blumenstiel<br>US Bankruptcy Court<br>235 Pine St., 23d Fl.<br>San Francisco CA 94104<br><br>**[261 Pierce Street # 5<br>San Francisco CA 94117-residential eviction]** |

I, MARK J. ROMEO, state:

1.      I am the attorney for Paul Boschetti, the movant in this proceeding, with my

business address at 235 Montgomery Street, Suite 400, San Francisco, CA 94104.

2.      Per the proof of service on file in this case, I caused all moving papers to be

served by hand delivery on the debtor on September 26, 2013 in this case, one day earlier than

required under the court's order. I had also served the application of movant in the still pending

case of In re Daniel Everett, etc. ND Cal No. 13-31855 for an order shortening time on a

motion for reconsideration in that case, which led to the Order shortening time on this motion

in this case. A true and correct copy of the manifests for these deliveries is attached to this

declaration as Motion Exhibit 12.

S8OT-OF stay MOTION.D.EVERETT.DECMPR         DECLARATION OF M. ROMEO MOTION TO TERMINATE AUTOMATIC STAY - Page 1

1   Under penalty of perjury under the laws of the state of California, I certify the foregoing

2   to be true and correct of my own personal knowledge, that I can give competent testimony

3   thereto if called as a witness in court, and that this Declaration was executed at San Francisco,

4   California on October 3, 2013.

5                                                   /s/   *Mark J. Romeo*
                                                    MARK J. ROMEO

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PROOF OF SERVICE**

I am employed in the City and County of San Francisco, California. I am over the age of 18 years and not a party to the within action; my business address is 235 Montgomery Street, Suite 400, San Francisco, CA 94104.

On _October 2,_____, 2013, I served the foregoing document(s) on the interested party(ies) in this action by placing ___ a true copy ___ the original of said document(s) in a sealed envelope(s) addressed as stated below and

**BY MAIL**

___ I deposited such envelope(s) in the mail at San Francisco, California.

___ I am "readily familiar" with the office's practice of collection and processing correspondence for mailing. Under that practice, the mail would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

**BY PERSONAL SERVICE**

___ Personally hand delivered said document(s) to addressee

_XX_ I caused said document(s) to be served via personal service

**BY OVERNIGHT MESSENGER**

___ I caused said document(s) to be served by **Federal Express** for next-day delivery.

**BY FACSIMILE**

___ I faxed such document(s) to telephone number _____. A transaction report confirming a successful transmission was obtained.

**PARTY(IES) SERVED:**

**Daniel Everett**
**261 Pierce Street # 5**
**San Francisco CA 94117**

**Debtor Atty**
**NONE**

**Chapter 13 Trustee**
David Burchard
393 Vintage Park Dr.
Suite 150
Foster City, CA 94404

**United States Trustee**
**235 Pine Street, Suite 700**
**San Francisco, CA 94104**

DOCUMENTS SERVED:
(1)    Reply Dec of Romeo

___ (Federal) Under penalty of perjury, I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.
Executed on _October 2_____, 2013, at San Francisco, California.

Mark Romeo _____        /S/ Mark Romeo _____
Type or Print Name                              Signature

880T-OPstay-MOTION.D.EVERETT.DEC.MBR   DECLARATION OF M. ROMEO-MOTION TO TERMINATE AUTOMATIC STAY - Page 3